



## MEMORANDUM OPINION

No. 04-12-00282-CR

Alexis M. **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR7908
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  August 1, 2012

DISMISSED FOR LACK OF JURISDICTION

Alexis Ramirez was placed on deferred adjudication community supervision in December 2009. On April 17, 2012, the trial court signed an order amending the conditions of Ramirez's supervision. Ramirez filed a notice of appeal from that order on May 3, 2012.

An order modifying the conditions of community supervision is not appealable. *See Davis v. State*, 195 S.W.3d 708, 710-11 (Tex. Crim. App. 2006); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977).

On June 27, 2012, we ordered appellant to file a response by July 12, 2012, showing why this appeal should not be dismissed for want of jurisdiction. Appellant did not respond to our order. Accordingly, we dismiss the appeal for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH